UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURLIN PENNICK, III, | ) |
| Petitioner, | ) CASE NO. C08-230-RAJ |
| v. | ) |
| JEFF UTTECHT, | ) ORDER DENYING FEDERAL |
| | ) HABEAS PETITION AND |
| Respondent. | ) DISMISSING ACTION |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition (Dkt. No. 6) is DENIED, and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 19th day of September, 2008.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION